SIMPSON, DOING BUSINESS AS MID-SEVEN TRANS-
PORTATION CO., v. UNITED STATES ET AL.

No. 748. Decided April 30, 1962.

*D. C. Nolan* for appellant.

*Solicitor General Cox, Assistant Attorney General
Loevinger, Lionel Kestenbaum, Robert W. Ginnane* and
*Francis A. Silver* for the United States and the Interstate
Commerce Commission, appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is
affirmed.

THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS are of
the opinion that probable jurisdiction should be noted.

MR. JUSTICE FRANKFURTER took no part in the consid-
eration or decision of this case.